## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition                    Amount Realized
(List category of scheduled property, a
brief description, scheduled value and
disposition. If abandoned, explain
why & give date of court order)

See Exhibit B

Unscheduled Property
(Describe property, state circumstances
of discovery and disposition)

See Exhibit BB

TOTAL RECEIPTS                    $10,011.73

TOTAL SCHEDULED VALUE
   OF EXEMPT PROPERTY             $32,950.00

**EXHIBIT B**