**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | | |
|---|---|---|
| Case No: | 06-10488   JHS   Judge: JOHN H. SQUIRES | Trustee Name: DAVID R. BROWN |
| Case Name: | SEITZ, SHEILA MARY | Date Filed (f) or Converted (c): 08/25/06 (f) |
| | | 341(a) Meeting Date: 10/24/06 |
| For Period Ending: 02/04/09 | | Claims Bar Date: 03/19/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residential Property, Townhouse, located at 118 Raintree Court, Aurora, Illinois 60504 | 115,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking, Old Second National Bank, 37 S. River Street Aurora, IL 60504 | 5.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking, Harris Bank 155 W. Wilson Batavia, IL 60510 | 9.14 | 0.00 | DA | 0.00 | FA |
| 4. Checking, Earthmover Credit Union P.O. Box 2937 Aurora, IL 60507 | 28.32 | 0.00 | DA | 0.00 | FA |
| 5. See Attached Sheet | 667.00 | 0.00 | DA | 0.00 | FA |
| 6. Clothing, uncluding coats and shoes | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. Country Mutual Life Insurance, Policy Number ender in 3365 | 2,498.34 | 0.00 | DA | 0.00 | FA |
| 8. G & E Greenhouse, Inc. Profit Sharing Plan | 56,785.00 | 0.00 | DA | 0.00 | FA |
| 9. Coca-Cola Company Stock - 1.154246 shares Account Number ending in 6547 | 48.33 | 0.00 | DA | 0.00 | FA |
| 10. LaSalle Financial ABN Amro Money Market - 1.54 quantity Account Type: ATXXX Cash/Account No. ending in 3512 | 1.54 | 0.00 | DA | 0.00 | FA |
| 11. 20% owner of A Reef Scene, Inc., a dissolved Illinois Corp. | 800.00 | 0.00 | DA | 0.00 | FA |
| 12. Repayment of Personal Loan from Debtor, Sheila Seitz, to Matthew Christ, son | 18,060.46 | 18,060.46 | | 10,000.00 | FA |

LFORM1

Ver: 14.21

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 06-10488 | JHS | Judge: JOHN H. SQUIRES | Trustee Name: | DAVID R. BROWN |
| Case Name: | SEITZ, SHEILA MARY | | | Date Filed (f) or Converted (c): | 08/25/06 (f) |
| | | | | 341(a) Meeting Date: | 10/24/06 |
| | | | | Claims Bar Date: | 03/19/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Repayment of of Personal Loan from Debtor, Sheila Seitz, to Christine Seitz, daughter | 1,194.00 | 1,194.00 | DA | 0.00 | FA |
| 14. 1999 Chevy Monte Carlo located at the Primery Residence | 3,140.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.32 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $198,437.13 | $19,254.46 | | $10,012.32 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/07    Current Projected Date of Final Report (TFR): 03/15/09

LFORM1

Ver: 14.21