UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SEITZ, SHEILA MARY | ) | CASE NO. 06-10488-JHS |
| | ) | |
| Debtor. | ) | Hon. JOHN H. SQUIRES |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION BY THE TRUSTEE**

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:    DuPage County Courthouse, 505 North County Farm Road, Courtroom 4016, Wheaton, IL

   On: **March 13, 2009**                            Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                                                       $10,011.73

   Disbursements                                                                             $0.00

   Net Cash Available for Distribution                                             $10,011.73

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| DAVID R. BROWN, Trustee | $0.00 | $1,751.17 | $0.00 |
| DAVID R. BROWN<br>Attorney for Trustee | $0.00 | $4,051.50 | $0.00 |
| CLERK, U.S. BANKRUPTCY COURT<br>Clerk of the Court Costs | $0.00 | $0.00 | $250.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $21,002.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 18.85% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $12,256.15 | $2,310.35 |
| 2 | ComEd Company | $78.04 | $14.71 |
| 3 | LaSalle Bank, N.A. | $8,668.21 | $1,634.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

| Name of Property | |
|---|---|
| CHECKING ACCOUNTS | $42.46 |
| HOUSEHOLD GOODS | $667.00 |
| CLOTHING | $200.00 |
| INSURANCE POLICY | $2,498.34 |
| PROFIT SHARING PLAN | $56,785.00 |
| STOCK | $48.33 |
| MONEY MARKET ACCOUNT | $1.54 |
| IL CORP. | $800.00 |
| AUTOMOBILE | $3,140.00 |

Dated: **February 12, 2009**     For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:      David R. Brown
Address:     400 South County Farm Road
             Suite 330
             Wheaton, IL 60187
Phone No.:   (630) 510-0000

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Feb 12, 2009
Case: 06-10488                Form ID: pdf002              Total Served: 19

The following entities were served by first class mail on Feb 14, 2009.
db          +Sheila Mary Seitz,   118 Raintree Court,   Aurora, IL 60504-2003
aty         +Arthur W Rummler,   Springer, Brown, Covey, Gaertner & Davis,   Wheaton Executive Center,
              400 S. County Farm Road,   Suite 330,   Wheaton, IL 60187-4547
aty         +Edward P. Graham,   Law Offices of Edward P. Graham, Ltd.,   1112 S. Washington Street,
              Suite 212,   Naperville, IL 60540-7964
tr          +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
10882792     Bank of America,   MBNA America,   P.O. Box 15026,   Wilmington, DE 19850-5026
10882799    +ComCast Cable,   1711 East Wilson Street,   Batavia, Illinois 60510-1470
10925041     ComEd Residential Services,   Exelon Corporation,   P. O. Box 805398,   Chicago, IL  60680-4115
10882794    +LaSalle Bank National Association,   Business Banking Center,   3201 North Ashland Avenue,
              Chicago, Illinois 60657-2138
11930399    +LaSalle Bank, N.A.,   c/o Zenoff & Zenoff Chartered,   53 W. Jackson Blvd., Suite 1140,
              Chicago, IL 60604-3619
10882790    +National City Mortgage Company,   P.O. Box 182354,   Columbus, OH 43218-2354
10882789     National City Mortgage Company,   P.O. Box 1820,   Dayton, OH 45401-1820
10882795     Sallie Mae,   P.O. Box 9533,   Wilkes-Barre, PA 18773-9533
10882791     Spring Lake Townhome Association, an Illinois not-,   c/o Baum Property Services,
              725 Morton Avenue,   Aurora, Illinois 60506-2816
10925040    +Tressler, Soderstrom, Maloney & Priess, LLP,   305 West Briarcliff Road, Suite 201,
              P. O. Box 1158,   Bolingbrook, IL 60440-1085
10882800    +Universal Casualty Company,   150 Northwest Point Blvd., Second Floor,
              Elk Grove Village, Illinois 60007-1015
10882797    +Zenoff & Zenoff, Chartered,   53 West Jackson Blvd., Suite 1140,   Chicago, Illinois 60604-3619
The following entities were served by electronic transmission on Feb 13, 2009.
11876186    +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd Company,
              Attn Revenue Management Dept,   2100 Swift Drive,   Oak Brook IL 60523-1559
10882793     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 13 2009 11:33:30      Discover Platinum,
              P.O. Box 15192,   Wilmington, DE 19850-5192
11837472     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 13 2009 11:33:30
              Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Springer, Brown, Covey, Gaertner & Davis, LLC
10882798     ComEd Residential Services,   Exelon Corporation,   37th Floor, 10 South Dearborn Street,
              P.O. Box 805398
10882796     Tressler, Soderstrom, Maloney & Priess, LLP,   305 West Briarcliff Road, Suite 201,
              P.O. Box 1158
aty*        +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
                                                                                              TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 14, 2009**          **Signature:** *Joseph Speetjens*